## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**MARVELL AND ROSYLN DUCKSWORTH**                    **PLAINTIFF**

**VS.**                                   **Cause No.:  3:15-cv-00507-DPJ-FKB**

**JIM WALTER HOMES, LLC, A FOREIGN LLC, et al.**          **DEFENDANTS**

### AGREED ORDER STAYING PROCEEDING PENDING A RULING BY
### THE U.S. BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ALABAMA
### AND EXTENDING CERTAIN PLEADING DEADLINES FOR THE PLAINTIFFS
### AND DEFENDANTS [Dkt. No.: 10 ]

**THIS CAUSE** came before the Court on the Joint Motion filed by the Plaintiffs and the

moving Defendants, to stay all litigation in this proceeding pending a ruling by the United States

Bankruptcy Court for the Northern District of Alabama ("Bankruptcy Court") as to the

Automatic Stay that went into effect in the Bankruptcy Proceedings filed by two Defendants:

Jim Walter Homes, LLC and Walter Energy, Inc., that was assigned Cause No.: 15-02741; and,

the Court, having duly considered same, finds the Joint Motion well taken.

**IT IS THEREFORE ORDERED** that all litigation in this matter is stayed. Should the

Bankruptcy Court grant the Plaintiffs' Motion for Relief from the Automatic Stay, the Plaintiff

shall have thirty (30) days from the entry of the Order lifting the Stay to file their Motion to

Remand and accompanying Brief in Support of Motion to Remand.

**IT IS FURTHER ORDERED** that should the Bankruptcy Court grant the Plaintiffs'

Motion to Lift the Automatic Stay, the Defendants shall have thirty (30) days from the entry of

the Order lifting the Stay to file their Answer or any other Responsive Pleadings they deem

necessary given the circumstances.

**SO ORDERED AND ADJUDGED** this the 7th day of August, 2015.

s/ *Daniel P. Jordan III*_____
UNITED STATES DISTRICT JUDGE


PRESENTED BY ALL MOVING PARTIES:

*/s/ Blake Tyler*

_____
Blake A. Tyler, MS Bar No. 101786
John L. Gadow, MS Bar No. 9644
511 E. Pearl Street
Jackson, Mississippi 39201
Phone: 601.949.5000
Fax: 601.510.9089
Email: btyler@pgtlaw.com
*Counsel for Plaintiffs Marvell and Roslyn Ducksworth*


*/s/ Adam Stone*

_____
Adam Stone
JONES WALKER LLP
190 East Capitol Street
Suite 800
Jackson, MS 39201
Email: astone@joneswalker.com
*Counsel for Defendants, JIM WALTER HOMES, LLC, A FOREIGN LLC,*
*GREEN TREE SERVICING, LLC, A FOREIGN LLC, WALTER INVESTMENT*
*MANAGEMENT CORPORATION, A FOREIGN CORPORATION, WALTER ENERGY INC., A*
*FOREIGN CORPORATION, BEST INSURERS INC., A FOREIGN CORPORATION, W.*
*STEWART ROBISON, A RESIDENT INDIVIDUAL, MID STATE CAPITAL, LLC, A FOREIGN*
*LLC, MID STATE TRUST I, A FOREIGN CORPORATION, MID STATE TRUST II, A FOREIGN*
*CORPORATION, MID STATE TRUST III, A FOREIGN CORPORATION, MID STATE TRUST*
*IV, A FOREIGN CORPORATION, MID STATE TRUST V, A FOREIGN CORPORATION, MID*
*STATE TRUST VI, A FOREIGN CORPORATION, MID STATE TRUST VII, A FOREIGN*
*CORPORATION, MID STATE TRUST VIII, A FOREIGN CORPORATION, MID STATE TRUST*
*IX, A FOREIGN CORPORATION, MID STATE TRUST X, A FOREIGN CORPORATION, MID*
*STATE TRUST XI, A FOREIGN CORPORATION, WILMINGTON TRUST COMPANY, A*
*FOREIGN CORPORATION, MID-STATE CAPITAL CORPORATION 2004-1 TRUST, A*
*FOREIGN CORPORATION, MID-STATE CAPITAL CORPORATION2005-1 TRUST, A*
*FOREIGN CORPORATION, MID-STATE CAPITAL CORPORATION 2006-1 TRUST, A*
*FOREIGN CORPORATION, MID-STATE CAPITAL TRUST 2010-1, A FOREIGN*
*CORPORATION & ANNETTE EASON*

*/s/ Brian Hinton*

_____

Brian Hinton
ANDERSON CRAWLEY & BURKE
216 Draperton Court
Ridgeland, MS 39157
Phone/Fax: 601.707.8800/601.707.8801
bhinton@acblaw.com
*Counsel for D.J. McNeil Electric & Plumbing*

{JX165509.1}